**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ANTHONY GRAY**                                                                                                   **PLAINTIFF**

**V.**                                     **CIVIL ACTION NO. 4:06-CV-172-SA-EMB**

**DOLLAR GENERAL CORPORATION**                                       **DEFENDANT**

**ORDER**

Pursuant to a memorandum opinion to be issued on this day, the Court **GRANTS** Defendant's Motion for Summary Judgment [24]. This case is, therefore, closed. So ordered on this the 24th day of November, 2009.

                                                                          **/s/ Sharion Aycock**
                                                                         **UNITED STATES DISTRICT JUDGE**